UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BRIAN KEITH TERWILLEGER,<br><br>　　　　　　　　Plaintiff,<br>　v.<br>STATE OF WASHINGTON, et al.,<br><br>　　　　　　　　Defendants. | CASE NO. 17-5360 RJB<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

THIS MATTER comes before the Court on the Report and Recommendation of U.S. Magistrate Judge David W. Christel. Dkt. 95. The Court has considered the Report and Recommendation, objections, and the remaining record.

The Plaintiff filed this case on May 15, 2017, alleging that the Defendants violated his federal constitutional rights. Dkt. 1. On October 30, 2018, the Report and Recommendation was filed, recommending that the Defendants' Motion for Summary Judgment be granted and the case dismissed. Dkt. 95. Plaintiff filed objections (Dkt. 96) and the Defendants responded to the objections (Dkt. 97).

1   The Report and Recommendation (Dkt. 95) should be adopted and the case dismissed.
2   The Plaintiff's objections do not provide a basis to reject the Report and Recommendation. The
3   Plaintiff generally asserts that the case is based on two civil claims he was unable to bring in
4   time which he alleges were not frivolous. Dkt. 96. The Plaintiff fails to point to any evidence
5   support this assertion. The Plaintiff maintains that policy 508 was the moving force behind the
6   violations. Dkt. 96. Further, the Plaintiff asserts that he suffered constitutional violations of "no
7   outdoor activity for 10 weeks," and denial of basic medical and physical therapy. *Id.* He claims
8   that he experienced "ADA violations by not [being] allow[ed] . . . access [to] handrails in the
9   shower," and a campaign of harassment. *Id.* Again, Plaintiff fails to point to any evidence
10  supporting his assertions. He claims that this case is "90% about [his] access to civil litigation
11  via access to the courts." *Id.* The Plaintiff states that he "objects to the taking of his legal
12  papers." *Id.*

As stated in the Report and Recommendation, the Plaintiff fails to demonstrate that any of the Defendants took actions which prejudiced him or otherwise blocked him from accessing the Courts in contravention of the Fifth Amendment or other provision of the Constitution. Further, he makes no showing that the "Policy 508" was the moving force behind any such violation.

The Plaintiff's remaining objections, including those relating to his alleged ADA violation, harassment, the taking of his legal documents are addressed in the Report and Recommendation. They do not provide a basis to decline to adopt it.

The Plaintiff makes reference to wanting to file an appeal in his objections. Dkt. 96. He also requests that an attorney be appointed for him on appeal. *Id.*

1  The Clerk of the Court should be directed to send a Notice of Appeal form to the
Plaintiff. To the extent that the Plaintiff moves for appointment of an attorney on appeal, that motion should be denied without prejudice, to be considered, if appropriate by the Court of Appeals if Plaintiff files an appeal. No appeal is currently pending.

It is **ORDERED** that:

- The Report and Recommendation (Dkt. 95) **IS ADOPTED**;
- To the extent that the Plaintiff moves for appointment of an attorney on appeal, that motion **IS DENIED WITHOUT PREJUDICE**;
- This case **IS DISMISSED**.

The Clerk is directed to send the Plaintiff a Notice of Appeal form, and uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 3rd day of December, 2018.

*Robert J. Bryan*

ROBERT J. BRYAN
United States District Judge